UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-140

Nos. 25-2219 & 25-2220

In re: Generic Pharmaceuticals Pricing Antitrust Litigation
In re: Clobetasol Cases

(E.D. Pa. No. 2:16-md-02724)

Present: CHUNG, Circuit Judge

1. UNOPPOSED Motion filed by Appellees Cesar Castillo Inc, Rochester Drug Cooperative Inc, FWK Holdings LLC and KPH Healthcare Services Inc to clarify order dated 07/22/2025.

2. UNOPPOSED Motion filed by Appellees 1199SEIU Greater New York Benefit Fund, 1199SEIU Licensed Practical Nurses Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, American Federation of State County and Municipal Employees District Council 37 Health & Security Plan, Hennepin County, Louisiana Health Service Indemnity Co, Self Insured Schools of California, Sergeants Benevolent Association of the Police Department of the City of New York Health and Welfare Fund and Uniformed Fire Officers Association Family Production Plan Local 854 to clarify order dated 07/22/2025.

Respectfully,
Clerk/amr

_____ORDER_____

The foregoing motions for clarification are granted. The Clerk's Order of July 22, 2025 is revised to specify that the appeals are stayed only as to the parties that filed for bankruptcy, Wockhardt USA LLC f/k/a Wockhardt USA Inc and Morton Grove Pharmaceuticals, Inc. The appeals will proceed as to all other parties. Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc. shall immediately notify the Court if the automatic stay is lifted or if the bankruptcy is discharged.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: August 20, 2025

Tmm/cc: All Counsel of Record